# JILLISE MCDONOUGH
### ATTORNEY AT LAW

---

107 UNION WHARF
BOSTON, MA 02109
(617) 263-7400
FAX: (617) 722-4198

March 3, 2026

Anastasia Dubrovsky, Clerk of Court
United States Court of Appeals
For the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:    *United States v. Barros Brandao*, 25-1486, Oral Argument March 3, 2026

Dear Clerk Dubrovsky,

The following letter is submitted on behalf of the appellant, Johnny Barros Brandao, to correct certain statements made during oral argument.

First, the Government suggested that defense counsel was making the claim for the first time at oral argument that Cape Verdean authorities contacted Senegalese authorities to inform them that Brandao had pending charges when he was issued a passport, and that it did not believe there was any evidence in the record to support that representation. Brandao directs this Court's attention to the testimony of Special Agent John Pigman, who was the Regional Security Officer in the U.S. Embassy in Cape Verde during the time Brandao applied for a passport:

> Q:    Sir, one of the individuals who you were working with at the Cape Verdean Embassy was an individual by the name of Christopher…Muillo?
>
> A:    Muillo, yes.
>
> Q:    At one point you had him reach out to the Embassy in Senegal and inform them that they had given Mr. Brandao a passport, correct?
>
> A:    Yes.
>
> Q:    And that he had charges pending in Cape Verde?

1

A:    Yes.

Q:    That was sometime in January of 2023, correct?

A:    Yes.

R255.

Second, the Government indicated that at trial, the prosecutors never made reference to "murder" charges, only to "homicide" charges. Brandao points this Court's attention to the Government's rebuttal argument in closing:

> He leaves the country. That's not what he's charged with, but he wants to get away. Why is this? The motive here is critically important. What does he want to do? **He wants to avoid justice for two murder charges**. R332 (emphasis added).[1]

Respectfully Submitted,

<u>/s/ Jillise McDonough</u>
Jillise McDonough
Law Office of Jillise McDonough
BBO # 1202184
107 Union Wharf
Boston, MA 02109
(617) 263-7400
Jillise@Scapicchiolaw.com

cc:    Donald Lockhart, AUSA

---

[1] Counsel for Brandao also notes that she incorrectly stated during oral argument that the Government argued Brandao fled justice for two "homicide" charges, when in fact, the language was two "murder" charges.